**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6517**

---

GERARD VALMORE BROWN,

Petitioner - Appellant,

versus

STEPHEN GAL, Warden of FCI - Estill; UNITED
STATES OF AMERICA,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-00-2221-6-20-AK)

---

Submitted:  September 20, 2001    Decided:  September 26, 2001

---

Before LUTTIG, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gerard Valmore Brown, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerard Brown appeals from the district court's order construing his petition filed pursuant to 28 U.S.C. § 2241 (1994) as one filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and transferring the case to the District Court for the Middle District of North Carolina. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Brown v. Gal, No. CA-00-2221-6-20-AK (D.S.C. Dec. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED